**FILED**

APR 0 8 2002

ORIGINAL

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | **IN THE UNITED STATES DISTRICT COURT** |
| | **FOR THE SOUTHERN DISTRICT** |
| 5 | **OF SOUTH DAKOTA** |
| 6 | |
| 7 | In the matter(s) of: |
| 8 | Bruce Robert Stier-Herwick |
| | And |
| 9 | Ingrid Stier-Herwick |
| | c/o P.O. Box 374 |
| 10 | Tyndall, SD 57066 |
| 11 | Plaintiff(s) (Innocent Victims), **Pro Se** |
| | et al(s), accordingly. |
| 12 | |
| 13 | **Vs.** |
| 14 | |
| 15 | [ MULTIPLE PARTY(S) ] |
| 16 | John D. Burkholder, |
| | 5711 West Glendale |
| 17 | Glendale, AZ 85301-2552 |
| | (623) 930-2400 |
| 18 | |
| | And / Or, |
| 19 | |
| | Richard M. Romley, |
| 20 | 301 West Jefferson, 8th Floor |
| | Phoenix, Az 85003-2151 |
| 21 | (602) 506-7650 |
| 22 | And / Or, |
| 23 | / / / |

> **Cause Number** _CIV02.4070_

**\*\* C I V I L   L A W S U I T \*\***
━━━━━━━━━━━━━━━━━━━━━

(FILED "IN FORMA PAUPERIS")
━━━━━━━━━━━━━━━━━━━━━

**DEMAND FOR TRIAL**
**BY JURY;**

**AND,**

**MOTION(S) > FOR "EMERGENCY"**
**INJUNCTIVE RELIEF.**
━━━━━━━━━━━━━━━━━━━━━

**SUMMARILY >**

**(1)**
**PURSUANT THERETO - GROSS**
**VIOLATION(S) OF CIVIL RIGHTS**
**and ENTITLEMENTS - AS GUAR-**
**ANTEED BY THE: 1ST, 4TH, 5TH**
**6TH, 8TH, AND 14TH AMEND-**
**MENTS TO THE CONSTITUTION**
**OF THE UNITED STATES;  ALL**
**APPLICABLE FEDERAL LAW; and,**
**THE LAWS OF THE STATE(S) Of**
**ARIZONA, PENNSYLVANIA, AND**
**SOUTH DAKOTA, et al(s), accord.;**
**VERIFIABLY, TO WIT.**

---

PAGE  1 - **CIVIL LAWSUIT >** [ MULTIPLE PARTY(S) ]; **DEMAND FOR "TRIAL BY**
**JURY"; and, MOTION(S) FOR EMERGENCY INJUNCTIVE RELIEF.**

ORIGIN

1    Vincent A. Tolino
     100 West Washington, Suite 2100
2    Phoenix, AZ 85003-1805
     (602) 372-7250
3

       And / Or,
4

5    Leslie A. Madeira
     301 West Washington, 6th Floor
     Phoenix, AZ 85007-2191
6    (602) 506-8506

7       And / Or,

8    Chad Eric Pajerski,
     11 West Jefferson, Suite 5
9    Phoenix, AZ  85003-2302
     (602) 506-8248
10.

       And / Or,
11

12   Ms. Terry Lovett Bublik
     11 West Jefferson, Suite 5
     Phoenix, AZ  85003-2302
13   (602) 506-3060

14      And / Or,

15   Daniel J. Healy
     11 West Jefferson, Suite 5
16   Phoenix, AZ 85003-2302
     (602) 506-5759
17

       And / Or,
18

19   Rebecca S. Potter
     11 West Jefferson, Suite 5
     Phoenix, AZ 85003-2302
20   (602) 506-8275

21      And / Or,

22

23    / / /

**(2)**
**PURSUANT TO RESPONDANT(S) PROCEEDING "AD HOMINEM" - THEREBY THEIR DELIBERATE, WILLFUL, RECKLESS, AND MALICIOUS DEFAMATIONS... AND DIS-CREDITATIONS... OF BRUCE R. STIER-HERWICK - HIS CHARACTER, AND CREDIBILITY.**

**(3)**
**PURSUANT TO RESPONDANT(S) CONTINUED BLATANT REFUSAL TO "DISMISS WITH PREJUDICE", Or - PROCEED TO TRIAL... WITH MARICOPA SUPERIOR COURT CASE NO. C R 95 - 0 1 8 1 9, AS SO DEMANDED BY THE PLAINTIFF BRUCE ROBERT STIER-HERWICK; OF WHICH, HAS NOW RESULTED THEREIN IRREPARABLE LOSS, AND DAMAGE(S) THERETO BOTH NAMED PLAINTIFF(S)... AND, THE VERIFIABLE FINANCIAL RUIN, THEREOF THE SAME - AND , THEIR KNOWN  BUSINESS.**

**(4)**
**PURSUANT TO THE VERIFIABLE "SEVERE" PHYSICAL INJURY(S), EMOTIONAL DISTRESS, AND "UNWARRANTED" / UNDESERVED MENTAL ANGUISH... OF WHICH, THE NAMED PLAINTIFF(S) > BRUCE ROBERT STIER-HERWICK AND INGRID STIER-HERWICK HAVE SUFFERED - AS A DIRECT OR INDIRECT RESULT... OF THE ACTION(S) OF THE NAMED RESPONDANT(S) > INDIVIDUALLY, AND, COLLECTIVELY; TO WIT.**

**AND,**

---

**PAGE  2 - CIVIL LAWSUIT > [ MULTIPLE PARTY(S) ]; DEMAND FOR "TRIAL BY JURY"; and, MOTION(S) FOR EMERGENCY INJUNCTIVE RELIEF.**

ORIGINAL

| | |
|---|---|
| 1 | Lorna Cheifetz, Psy D.<br>3930 East Camelback Rd., Ste. 207 |
| 2 | Phoenix, AZ 85018<br>(602) 381-1277 |
| 3 | |
| | And / Or, |
| 4 | |
| 5 | Jonathan H. Schwartz<br>Maricopa County Superior Court |
| 6 | 201 West Jefferson, CCB 12D<br>Phoenix, AZ 85007 |
| 6 | (602) 506-3541 |
| 7 | |
| | And / Or, |
| 8 | |
| 9 | Barbara Hamner<br>Maricopa County Superior Court |
| 10 | 201 West Jefferson, ECB 713<br>Phoenix, AZ 85007 |
| 10 | (602) 372-6179 |
| 11 | |
| | And / Or, |
| 12 | |
| 13 | Carl Eckhardt,<br>Maricopa County Superior Court |
| 14 | 201 West Jefferson, CCB 13D<br>Phoenix, AZ 85007 |
| 14 | (602) 506-3151 |
| 15 | |
| | And / Or, |
| 16 | |
| 17 | Anna S. M. Scherzer, MD<br>10900 N. Scottsdale Rd, Suite 502 |
| 18 | Scottsdale, AZ 85254-5236<br>(480) 951-3066 |
| 19 | And / Or, |
| 20 | Jack Lovell Potts, MD<br>201 West Jefferson, Space 5 |
| 21 | Phoenix, AZ 85003-2344<br>(602) 506-2092 |
| 22 | |
| 23 | / / / |

**(5)**
**PURSUANT TO RESPONDANT(S) ERRONEOUS... DELIBERATE... WILLFUL... AND RECKLESS ACTION(S) - INDIVIDUALLY, AND / OR COLLECTIVELY > OF WHICH, HAVE PLACED THE NAMED PLAINTIFF(S), IN "VERIFIABLE THREAT" - OF, AND TO, THEIR** <u>HEALTH...</u> <u>WELL - BEING...</u> **AND, THEIR** <u>MORTALITY</u>; summarily, to wit.

ORIGINAL

```
 1          And / Or,

 2   Jane Dee Hull
     1700 West Washington
 3   Phoenix, AZ 85007
     (602) 642-4331
 4
            And / Or,
 5
     Becky Bayless,
 6   1700 West Washington
     Phoenix, AZ 85007
 7   (602) 542-4331

 8          And / Or,

 9   Pam Remsey,
     1700 West Washington
10   Phoenix, AZ 85007
     (602) 542-1326
11
            And / Or,
12
     Officer Michael J. Hutson
13   899 Cherry Street
     Montoursville, PA 17754
14   (570) 368-5700

15          And / Or,

16   Don Martino
     48 West Third Street
17   Williamsport, PA 17701
     (570) 327-4623
18
            And / Or,
19
     Kenneth Osokow
20   48 West Third Street
     Williamsport, PA 17701
21   (570) 327-2456

22          And / Or,

23   / / /
```

PAGE 4 - **CIVIL LAWSUIT** > [ MULTIPLE PARTY(S) ]; **DEMAND FOR "TRIAL BY JURY"; and, MOTION(S) FOR EMERGENCY INJUNCTIVE RELIEF.**



1    Kenneth D. Brown
     48 West Third Street
2    Williamsport, PA 17701
     (570)
3
            And / Or,
4
     Nancy L. Butts
5    48 West Third Street
     Williamsport, PA 17701
6    (570)

7           And / Or,

8    Dave Desmond
     277 West Third St
9    Williamsport, PA 17701
     (570) 326-4623
10
            And / Or,
11
     Kevin Deparlos
12   277 West Third Street
     Williamsport, PA 17701
13   (570) 326-4623

14          And / Or,

15   Williamsport Sun-Gazette; and
     John Fusco, Publisher; and
16   Robert. O. Rolley Jr, Exec. Ed; and
     Troy Sellers, Staff Reporter,
17   252 West Fourth Street
     Williamsport, PA 17701
18   (570) 326-1551

19          And / Or,,

20   Paul Browne,
     1026 Hepburn Street
21   Williamsport, PA 17701
     (570) 321-8433

22

23   / / /

---

**PAGE 5 - CIVIL LAWSUIT > [ MULTIPLE PARTY(S) ]; DEMAND FOR "TRIAL BY JURY"; and, MOTION(S) FOR EMERGENCY INJUNCTIVE RELIEF.**

ORIGIN

1      And / Or,

2   Lee Day
    Route 220
3   Hughsville, PR
    (570) 584-4730
4
        And / Or,
5
    Suzanne Huston
6   General Counsels Office
    255 Capitol Bldg.
7   Harrisburg, PA 17120
    (717) 783-6563
8
        And / Or,
9
    Thomas R. Ridge
10  c/o 1600 Pennsylvania Ave NW
    Washington, DC 20500
11  (202) 456-1414

12-     And / Or,

13  Officer Jeff Johnson
    410 Walnut Street
14  Yankton, SD 57078
    (605) 668-5210
15
        And / Or,
16
    Chief Duane Heeney
17  410 Walnut Street
    Yankton, SD 57078
18  (605) 668-5210

19      And / Or,

20  The Staff of the Yankton Jail
    (specifically, but not limited to:
21  Shelly, Josh, Paula, Eric, Kevin,
    Chad, Chuck, Craig and Dewey -
22  last names withheld from us)

23  / / /

ORIGINAL

410 Walnut Street
Yankton, SD 57078
(605) 668-5219

And / Or,

Daniel L. Fox,
114 Broadway, PO Box 1017
Yankton, SD 57078
(605) 665-3338

And / Or,

John P. Billings,
P.O. Box 58
Yankton, SD 57078

Et al(s), accordingly.

Respondent(s)

## OPENING STATMENT(S)

**COMES NOW BEFORE THIS UNITED STATES DISTRICT COURT,**

FOR "IMMEDIATE" ACTION: The named Plaintiff(s) - Bruce Robert Stier-Herwick, and Ingrid Stier-Herwick (**Pro Se**), herein state for the Formal Record > that pursuant to the "Individual", AND "Collective" Action(s) of the Multiple Respondent(s) - the Plaintiff(s) have suffered: (**1**) Irreparable Damage(s) and Loss(es), (**2**) Financial Ruin to themselves, and their business, (**3**) Severe Physical Injury(s), (**4**) Over-whelming stress, and (**5**) Mental Anguish and Emotional Distress; <u>AND</u>, The named Plaintiffs **NOW** request this said Court's "Immediate" intervention, pursuant to US Code Title 28 Sec. 1343, Title 42 Sec. 1988, et al(s) - to **stop** said "illegal" action(s); summ., to wit.

/ / /

PAGE 7 - **CIVIL LAWSUIT** > [ MULTIPLE PARTY(S) ]; **DEMAND FOR "TRIAL BY JURY"; and, MOTION(S) FOR EMERGENCY INJUNCTIVE RELIEF.**

ORIGINAL

## STATEMENT OF FACT(S) - SUMMARILY:

Pursuant to the judicial process initiated by John D. Burkholder, in the Superior Court of Maricopa County Arizona (Case # CR95-01819) - supposedly thereon the 27th day of February 1995 > in "direct violation" of the official ruling entered, by Judge John R. Barclay of the NW Phoenix Justice Court thereon the 17th of May 1994, - dismissing the original case matter (Case #CR94-01095A-FE)... "With Prejudice" - the named Plaintiff Bruce Robert Stier-Herwick - and subsequently,  his wife Ingrid Stier-Herwick - have unjustifiably suffered > complete denial of "Due Process of Law"... resulting in: severe injustices, irreparable damages, and unwarranted financial losses... thereby the following willful, deliberate, and reckless violation(s) of the Constitution of the United States of America... all applicable Federal Laws... and, the laws of the State(s) of Arizona and Pennsylvania, et al; verifiably, to wit!

**(1)**

In violation of the 4th, 5th and 14th  Amendments to the Constitution of the U.S.; US Code Title 42 > Chapter 21 > Subchapter IX > Sec. 2000h - 1; Arizona State Constitution, Article 2, Sec. 10; AZ Title 13 Rule 111; et al - Double Jeopardy > John Burkholder initiated an "illegal action"... thereby defrauding a Grand Jury in Maricopa County Arizona... on a matter, that had  previously been **Dismissed** "With Prejudice".

**(2)**

In violation of AZ Criminal Code - Title 13 Rule 107(G) - Time Limitations > "If a complaint is **dismissed** for Any reason, a new prosecution may be commenced **within** six months after the dismissal". The afore referenced action, was initiated 286

/ / /

---

days (9 months and 10 days)... <u>after</u> the "original complaint" had been dismissed - thereby voiding said action, as the same was beyond the Arizona State Statute of Limitation on said matter; ver. to wit.

**(3)**

In violation of AZ Criminal Code Title 28 Rule 473(D) - Traffic Accidents, Implied Consent, Tests; et al(s) > Any <u>evidence</u> obtained **without** Mr. Stier-Herwick's **consent** is absolutely "Inadmissable" - as so ruled thereby Judge John R. Barclay on the 17th of May 1994.  Additionally, the illegally obtained "evidence" was "grossly" contaminated at the time of collection; and, was reportedly destroyed at the testing facility... of which, precludes any chance of it being re-tested for accuracy - and, to <u>prove</u> that the same DID indeed come from Mr. Stier-Herwick.

**(4)**

In violation of the 6th Amendment to the Constitution of the United States; Arizona State Constitution, Article 2, Section(s) 10 and 11; AZ 16A A.R.S. Rule 12.9 et al(s) > Wherefore John D. Burkholder **failed** to notify Mr. Stier-Herwick that he had initiated said action - Mr. Stier-Herwick was **denied** his legal right(s) to voluntarily appear in response to the alleged charges; and, to challenge, and/or refute said Grand Jury proceeding.

**(5)**

In violation of the 6th Amendment to the Constitution of the United States; US Code Title 18 > Part II > Chapter 208 > Sec. 3161; AZ Title 13 Rule 114, et al(s) > Mr. Stier-Herwick has been **Denied** his right(s) to a "Speedy Trial".  Additionally,

/ / /

---

1   thereby John Burkholder's **failure** to notify the named Plaintiff - said Plaintiff has **now**

2   suffered: personal embarrassment, public humiliation, unwarranted illegal detainer, and

3   false imprisonment... due to being considered a "fugitive from justice" - of which, is

4   also a violation of AZ Title 13 Rule 115 (A), which states: "A defendant in a criminal

5   action is presumed to be innocent until the contrary is proved" > and, Bruce Robert

6   Stier-Herwick has **never** been treated as though "presumed innocent" since this matter

7   was commenced there against him on the 3rd of July 2001; ver. to wit.

8   **(6)**

9       In violation of the 6th Amendment of the Constitution of the United States; AZ

10  Constitution, Article 2, Sec(s). 4, and 24; 16A A.R.S. 12.8, and 15.1; et al(s) > the

11  named Plaintiff has been **Denied** complete disclosure of the nature of the accusation(s)

12  against him; and, disclosure by the State as to: potential evidence, names and addresses

13  of all witnesses to be called against him, et al(s); ver. to wit.

14  **(7)**

15       In violation of the 8th Amendment to the Constitution of the United States; US

16  Code Title 18 > Part II > Chapter 207 > Sec. 3142; PA 234 Rule(s) 521, 527 and 529;

17  et al(s) > Bruce Robert Stier-Herwick has been subjected to unreasonable, and excessive

18  bail conditions; of which, have resulted in said party suffering...   the cruel and unusual

19  punishment of being forced to remain therein unlawful detainer / confinement on said

20  matter... in excess of 158 days, and counting.

21  **(8)**

22       In violation of the 5th, 6th and 14th Amendments to the Constitution of the US;

23  / / /

---

1   AZ State Constitution, Article 2, Sec(s). 4 and 11; all applicable Federal Laws; and,

2   the laws of of the State(s) of Arizona and Pennsylvania > the named Plaintiff has been

3   absolutely **Denied** ALL "Due Process of Law"; especially, due to the Superior Court of

4   Maricopa County Arizona's - continuing blatant **refusal** to either "Dismiss" said pending

5   allegations for Just Cause... <u>OR,</u> to proceed to "Trial" on said matter.

6                                      **(9)**

7         In violation of the 6th and 14th Amendments to the Constitution of the United

8   States; AZ State Constitution, Article 2, Sec. 24; US Code Title 18 > Part II > Chapter

9   201 > Sec. 3006A; et al(s) > Bruce Robert Stier-Herwick has been **DENIED** competent

10  legal counsel to assist him in this said matter. ALL Public Defenders that have been

11  involved in said matter (therein the State of Pennsylvania, and most recently in the

12  State of Arizona) > have blatantly, and willfully **failed** to uphold the "Code of Pro-

13  fessional Responsibility"; and, have committed egregious "wrongs" there against their

14  client (the named Plaintiff) - of which, have proven extremely detrimental to All of

15  the Plaintiff's rights in this said matter... including, having his character, credibility,

16  and mental competence put into question by his own defense counsel - in a blatant

17  attempt to further discredit the named Plaintiff > of which, has resulted in additional

18  undue pain and suffering, <u>and</u> financial hardship... to both of the named Plaintiff(s).

19                                      **(10)**

20        In violation of the 6th and 14th Amendments to the Constitution of the United

21  States; AZ Constitution Article 2, Sec. 4; and all applicable Federal and State Laws >

22  Bruce Robert Stier-Herwick is being **Denied** his legal right to obtain witnesses to

23  / / /

---

ORIGIN

1    testify on his behalf - as ALL of the original witnesses who testified at the hearing

2    held on the 17th of May 1994, have gone on with lives over the past eight (8) years...

3    essentially, having moved from the Phoenix area - leaving no forwarding addresses.

4    Additionally, some of the "critical" documents regarding this case have passed the time

5    of retention, and have been destroyed.

6                                           **(11)**

7            In violation of the 4th, 5th and 14th Amendments to the Constitution of the US;

8    and all applicable Federal and States Laws > Bruce Robert Stier-Herwick has "twice"

9    been **unlawfully** arrested on said matter... but law enforcement officers, who HAVE

10   NOT: (A) adhered to "proper procedure", and proceeded without le cause" during said

11   arrests; (B) provided proper identification or warrants when requested; (C) advised the

12   Plaintiff of his legal rights [ie: mirandized]; and, (D) provided competent legal counsel

13   before questioning, as requested thereby the named Plaintiff. Additionally, in the case

14   of the officers in Pennsylvania - the named Plaintiff was subject to unwarranted "Police

15   Brutality"; of which, verifiably resulted... in "severe injury" to Mr. Stier-Herwick's

16   surgically reconstructed right shoulder - thereby causing totally undeserved... pain, and

17   suffering. To Wit.

18                                          **(12)**

19           In violation of the "Privacy Act", the RICO Act, the applicable stalking laws,

20   et al > the action(s) of multiple respondents listed in this case matter, in divulging

21   the whereabouts of the named Plaintiff Ingrid Stier-Herwick during her husband's

22   unlawful confinement on this matter ... have verifiably placed the named Plaintiff -

23   / / /

---

ORIGINA

1   in "**Harms Way**" - thereby, subjecting her to: harassments; stalking; innumerable

2   threatening telephone calls, and threatening notes; physical assault and injury; being

3   shot at; and, other known acts of terrorism - ALL of which...   verifiably resulted in

4   Ingrid Stier-Herwick suffering:  untold fear, mental anguish, physical pain, and severe

5   emotional distress; summarily, to wit.

6

7        Additional violations, and charges against each of the named Respondant(s) will

8   be outlined "in detail" in an addendum filing to this said action.

9

10       **STATEMENT OF DAMAGE(S) AND LOSS(ES) - SUMMARILY:**

11                                **(1)**

12       Bruce Robert Stier-Herwick has NOW been incarcerated in excess of 158 days

13   <u>without</u> **ever** being convicted of a crime; and, without any viable hope that this matter

14   will ever proceed to Trial... or any sort of conclusion.   This has verifiably resulted in:

15   the loss of over four months of Mr. Stier-Herwick's life that he will never be able to

16   recover; and, the undeniable fact that he has been falsely detained because of this said

17   matter; summarily, to wit.

18                                **(2)**

19       Mr. Stier-Herwick has undeservedly suffered by:  personal embarrassment, public

20   humiliation, serious physical injury, unwarranted illness, lack of proper medical care,

21   deprivation of proper diet to control a medical condition, harassment from jailers and

22   other inmates, mental anguish, emotional distress, loss of consortium, complete financial

23   / / /

---

PAGE 13 - **CIVIL LAWSUIT** > [ MULTIPLE PARTY(S) ]; **DEMAND FOR "TRIAL BY
JURY"; and, MOTION(S) FOR EMERGENCY INJUNCTIVE RELIEF.**

ORIGINA

1   ruination, and the additional financial collapse of the Plaintiff's known business.

2   **(3)**

3   The named Plaintiff(s) Bruce Robert Stier-Herwick and Ingrid Stier-Herwick have

4   suffered irreparable, and continuing damage(s) to their personal finances - as a "direct",

5   and "indirect" consequence of the conditions imposed by this malicious... "Abuse of

6   Process" - including, but not limited to: (**a**) costly, and unnecessary relocation charges;

7   (**b**) deliberate, excessive travel expenses...  to remain in compliance with Court ordered

8   appearances; (**c**) unwarranted, Court mandated testing fees; and, (**d**) total, unlawful loss

9   of income - mainly as a result of the Plaintiff's inability to commit to any employment

10  because of the overwhelming demands placed on their time, and schedule thereby the

11  Superior Court of Maricopa County; et als summarily, to wit.

12  **(4)**

13  The named Plaintiff(s) have **now** been forced to increase their debt load... by

14  borrowing thousands of dollars from friends and acquaintances, in order to continue

15  processing said case matter...  and, to provide for their most basic survival needs - of

16  which, they **now** have NO viable means of repayment.

17  **(5)**

18  The named Plaintiff(s) have suffered exceeding loss(es), due to the indigence

19  that was imposed upon them by this case matter (and the undeserved negative publicity

20  - that verifiably prevented them in obtaining employment) - of which, resulted in the

21  unwarranted liquidation of:  household goods, personal property, and business equipment

22  > in order to meet the needs of day to day existence... and, the continued processing

23  / / /

---

ORIGIN

1   of said case matter; AND, additional losses due to the inability to pay the mandatory

2   monthly fees for personal property left in public storage; verifiably, to wit.

**(6)**

4   The named Plaintiff Bruce Robert Stier-Herwick will continue to suffer physical

5   pain - pursuant to the unwarranted, and undeserved "police brutality" in Pennsylvania...

6   of which, verifiably resulted in injury(s) to his surgically reconstructed right shoulder;

7   AND, said Plaintiff will undoubtedly require additional surgery to correct said injury(s).

**(7)**

9   Pursuant to the total "Indigence" illegally imposed upon the Plaintiffs thereby

10  the afore noted matter - Plaintiff Ingrid Stier-Herwick was forced to endure: (**a**) personal

11  embarrassment brought on by having to <u>beg</u> for assistance to meet her most basic daily

12  needs; (**b**) public humiliation pursuant the being unable to obtain employment pursuant

13  to the negative publicity generated by the Williamsport Sun-Gazette, <u>and</u> the malicious

14  gossip of other party(s) listed as Respondants in this action; (**c**) fear / terror pursuant

15  to multiple parties divulging her whereabouts, and thereby recklessly endangering her

16  health... well-being... and mortality (of which, resulted in verifiably threats, assaults,

17  and other terroristic tactics); (**d**) deprivation of diet (malnutrition) due to reliance on

18  charity for subsistence; (**e**) loss of sleep, due to fear; (**f**) emotional distress; (**g**) mental

19  anguish; (**h**) physical pain and suffering; (**i**) loss of consortium; et al(s), summarily.

**(8)**

21  Additionally, the Plaintiff(s) known business has been irreparably damaged - and

22  has **now** lapsed into financial ruin, pursuant to the actions of the various Respondents

23  / / /

ORIGINA

1    either directly... or indirectly, through the doctrine of "respondeat superior", vicarious

2    liability; et al, accordingly.  The same will be borne out for the record when this action

3    goes to Trial.

**(9)**

5    Pursuant to the deliberate, intentional, willful and reckless - fraudulent misrepre- r

6    sentation perpetrated there against Bruce Robert Stier-Herwick thereby his AZ Public

7    Defender Daniel Healy... thereon the <u>29th</u> of <u>January</u> 2002 - when Mr. Healy informed

8    the named Plaintiff that the Hearing scheduled for that morning of the 29th had been

9    "continued".  This was an exceedingly malicious act - an "Intentional wrong" - of

10   which, was the "proximate cause" of Mr. and Mrs. Stier-Herwick returning home to

11   Oklahoma City after traveling over 1,100 miles for the express purpose of attending

12   said hearing.  The result of this blatant, malfeasant **LIE** - was the subsequent arrest of

13   Mr. StierHerwick on the <u>10th</u> day of <u>February</u> in Yankton South Dakota ... on a Bench

14   Warrant for "Failure to Appear"; AND, the subsequent **loss...** of the Plaintiff's posted

15   cash bond in the amount of $2,983.00 thereon the <u>18th</u> of <u>March</u> 2002; ver. to wit.

**(10)**

17   Currently: Bruce Robert Stier-Herwick is suffering the indignity of being held

18   "incomunicado" therein the maximum security section of the Yankton County Jail in

19   Yankton South Dakota - due to his being arrested on the afore referred to Bench

20   Warrant from Arizona.  Mr. Stier-Herwick is being summarily **Denied** the most basic

21   of privileges, including: (a) visitation with his wife, (b) use of the telephone, (c) the

22   ability to send / receive letters, and (d) interaction with the other inmates > of which,

23   / / /

---

*ORIGINAL*

1   can only be defined, as "Cruel and Inhuman Punishment"; ver. to wit.

2   ─────────────────────────────────

3       The named Plaintiff(s), have been severely transgressed by the Action(s), and

4   Non-Action(s) thereof the Multiple Respondents listed in this Civil Lawsuit Action; and

5   consequently, have unjustly suffered: (**a**) actual damages, (**b**) accumulative damages,

6   (**c**) consequential damages, (**d**) continuing damages, (**e**) foreseeable / future damages;

7   and (**f**) "irreparable" damages; as well as - direct, and consequential losses - pain and

8   suffering... for some of which, there are absolutely NO "Fair" and/or adequate forms

9   of compensation.

10  ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

11  **CULPABILITY OF RESPONDENT(S) - SUMMARILY:**

12      The basis for including each of the additional named Respondent(s) will be

13  borne out during said Trial Process; but is listed (in brief) herein the following:

14      (1) Richard M. Romley - was involved in the settlement of the initial action on

15  the 17th of May 1994 ; and under the doctrine of "respondeat superior", is therefore

16  culpable for the wrongful action(s) of his subordinate(s) (ie: vicarious liability).

17      (2) Vincent A. Tolino - has proceeded forward with essentially an illegal action,

18  thereby causing further irreparable damages and losses to occur to the Plaintiff(s).

19      (3) Leslie A. Maderia - has proceeded forward with essentially an illegal action;

20  and, has demanded unwarranted... and unjust sanctions there against the Plaintiff(s) -

21  causing additional financial hardships, irreparable damages, and losses thereto the same.

22      (4) Chad Eric Pajerski - as an appointed Public Defender, has "grossly" violated

23  / / /

─────────────────────────────────

ORIGINAL

all of the Codes of Professional Responsibility, to the verifiable detriment of his client;

placed his client in further threat of harm to his health and well being; and thereby,

caused additional: pain, suffering, financial loss, et al to the named Plaintiff(s).

(5) Terry Lovett Bublik - as the supervisor for Chad Pajerski, is also liable for

damages resulting there against the Plaintiffs for the actions of her subordinate, under

"respondeat superior" (ie: vicarious liability).

(6) Daniel J. Healy - a court appointed Public Defender... has "grossly" violated

ALL of the Codes of Professional Responsibility with regard to his supposed represen-

tation thereof the named Plaintiff(s); and has blatantly lied to the Plaintiff(s), as well

as defrauded the Superior Court of Maricopa County AZ - thereby verifiably causing;

(a) extreme pain and suffering, (b) emotional distress, (c) mental anguish, (d) unlawful,

and unwarranted incarceration of Mr. Stier-Herwick, (e) overwhelming financial losses to

the Plaintiff(s), and their business (including, loss of their $2,983.00 bail bond), et al(s).

(7) Rebecca S. Potter - as the supervisor for Daniel Healy, is also liable for

damages resulting there against the Plaintiff(s) due to the actions of her subordinate,

under the doctrine of "respondeat superior" (ie: vicarious liability).

(8) Lorna Cheifetz - is liable for: pain, suffering, emotional distress, mental

anguish, financial losses, defamation of character, libel, et al - pursuant to her grossly

malicious report as to the mental status of the named Plaintiff Bruce R. Stier-Herwick.

(9) Jonathan H. Schwartz - is culpable for: (a) failure to conduct the Pre-Trial

Conference scheduled for the 29th of November 2001, (b) allowing the Public Defender

to request a Rule 11 Hearing there against his own client without requiring any factual

/ / /

1    evidence to support said request; (c) placing unwarranted, and unreasonable sanctions

2    there against the named Plaintiff - thereby causing additional physical, emotional and

3    financial damages to occur thereto the same.

4         (10) Barbara Hamner - is culpable for proceeding there against the Plaintiff(s)

5    pursuant to the fraudulent statements (lies) of Daniel Healy, thereby causing untold

6    harm, and additional "irreparable" damages thereto the named Plaintiff(s).

7         (11) Carl Eckhardt - is culpable for proceeding there against Bruce Robert Stier-

8    Herwick, pursuant to the erroneous rulings of Barbara Hamner - thereby causing the

9    unwarranted, and illegal loss thereof the Plaintiff(s) $2,983.00 cash bail bond; and, for

10   the ensuing: emotion distress, mental anguish, financial devastation, etc.

11        (12) Anna S. M. Scherzer - is culpable, for: emotional distress, mental anguish,

12   defamation of character, libel, et al there against Bruce Robert Stier-Herwick (and his

13   wife)... pursuant to her erroneous, and malicious report submitted to the Court with

14   respect to the Plaintiff's mental state; of which, has caused additional unreasonable

15   pain and suffering, and financial devastation to the named Plaintiff(s).

16        (13) Jack Lovell Potts - is culpable, for: defrauding the Court, and bearing false

17   witness against the Plaintiff... thereby causing unwarranted financial burdens; of which,

18   have now resulted in > pain and suffering, mental anguish, emotion distress, et al.

19        (14) Jane Dee Hull - is culpable for proceeding there against Bruce Robert Stier-

20   Herwick, on recommendation of a subordinate - without making sure that the charges

21   against said party were truly supported by factual evidence - thereby causing unwar-

22   ranted: pain, suffering, emotional distress, mental anguish, financial ruination, et al.

23   / / /

---

ORIGINAL

(15) Becky Bayless - is culpable for proceeding against the named Plaintiff on the recommendation of a subordinate (especially, since the original case records were purportedly sent to office for safe keeping) - thereby allowing the same losses and damages to occur there against the named Plaintiff(s).

(14) Pam Remsey - is culpable, for **not** positively verifying that the charges against Bruce Robert Stier-Herwick were indeed valid, and substantiated by credible evidence - thereby allowing for untold "irreparable" damages to occur there against the named Plaintiff(s); and, for defamation of character in her blatant statements with regard to the named Plaintiff's being "Guilty" of said unfounded allegations.

(15) Officer Michael J. Hutson - is guilty of "police brutality" with regard to the physical injuries sustained by Bruce Robert Stier-Herwick pursuant to his arrest of said Plaintiff; and, for the resulting > pain, suffering, losses and damages that have occurred as a result thereof the same.

(16) Don Martino - as an appointed Public Defender, "grossly" violated the Code of Professional Responsibility... by refusing to proceed on behalf of said client; thereby, allowing for additional pain, suffering and hardship to occur.

(17) Kenneth Osokow - is culpable, for: (a) proceeding there against the named Plaintiff without verification that said charges were valid; and, (b) refusing to protect Ingrid Stier-Herwick when she was being > stalked, harassed, threatened, etc within his known jurisdiction - and, for the losses and damages which resulted.

(18) Kenneth Brown <u>and</u> Nancy Butts - are culpable for violation of numerous codified laws of the State of PA with respect to their mis-handling of the Plaintiff's

/ / /

ORIGINA

1  case matter - including falsification of documents filed therewith the Prothonotory's

2  Office; and, for the losses and damages which occurred as a result thereof.

3      (19) Dave Desmond _and_ Kevin Deparlos - are culpable, for: the unwarranted

4  treatment of Bruce Robert Stier-Herwick by the staff of the Lycoming County Prison,

5  while he was subjected to their jurisdiction; including, but not limited to: deprivation of

6  proper diet to control his Hypoglycemia, deprivation of medical care, etc. - of which,

7  resulted in unwarranted pain, suffering, damages, etc. to the named Plaintiff.

8      (20) Williamsport Sun-Gazette, et al(s) - are culpable, for verifiable placing

9  Ingrid Stier-Herwick "In Harms Way" pursuant to articles they ran about the named

10  Plaintiff(s); of which, also inflamed the local populace there against said Plaintiff(s)

11  resulting in Mrs. Stier-Herwick being unable to obtain gainful employment - resulting

12  in verifiable hardship(s), loss(es) and damage(s).

13      (21) Paul Browne - is culpable, for: obtaining information under false pretenses,

14  failure to uphold his sworn oath of confidentiality, aiding parties of conflict, et al.

15      (22) Lee Day - is culpable, for: obtaining information under false pretenses,

16  breach of verbal contract, conspiring against the named Plaintiff(s), et al.

17      (23) Suzanne Huston - is culpable, for: withholding official communications

18  (mail) from the Gov. of PA - critical to his decision making process with regard to

19  the signing of the Warrant of Extradition there against Bruce Robert Stier-Herwick;

20  and, for the resulting - losses, damages, pain and suffering, et al.

21      (24) Thomas R. Ridge - is culpable for proceeding on recommendation of a

22  subordinate without verification that the charges were indeed true; and, for the actions

23  / / /

ORIGINAL

of his subordinates under the doctrine of "respondeat superior" (ie: vicarious liability).

(25) Jeff Johnson - is culpable, for: questioning the named Plaintiff(s) without reasonable probable cause on a matter he had no jurisdiction over; of which, resulted in the arrest of Bruce Robert Stier-Herwick; and, for all of the pain, suffering, losses, and other damages that occurred as a result of his said erroneous and unlawful actions.

(26) Duane Heeney, and the staff of the Yankton County Jail - are culpable, for: the inhumane treatment, and gross violation of civil and constitutional rights that have occurred against Mr. Stier-Herwick while under their jurisdiction; and for the resulting losses and damages.

(27) Daniel Fox - is culpable for violation of the Code of Professional Responsibility, in his refusal to file motions on behalf of, or otherwise represent the Plaintiff(s).

(28)  John P. Billings - is culpable for proceeding there against the Plaintiff(s) on prima facie evidence, without verification; and, for the resulting losses and damages.

### STATEMENT OF CLAIM (SUMMARILY):

**Therefore,** the named Plaintiff(s) Bruce Robert Stier-Herwick and Ingrid Stier-Herwick... in a bona fide attempt, to: (**1**) vindicate the egregious violation(s) of their known Legal, Civil and Constitutional Rights; (**2**) obtain a measure of satisfaction, recover damages from, and establish sanctions against.. those named Respondents who were responsible for the violations / wrongs initiated there against said Plaintiffs - And, those named Respondents, et al(s) who failed to prevent said violations / wrongs from occurring (when in their power to do so); (**3**) to **again** establish Mr. Stier-Herwick's >

/ / /

ORIGINA

1 character, credibility, and **innocense**; AND, (**4**) to have this said Court **Rule**, that Mr.

2 Stier-Herick si Sanae Mentis for the formal record; AND,

3

4     In accordance with - 28 USC § 1343, 28 USC § 1443, 42 USC § 1988, et al(s)

5 accordingly... the named Plaintiffs, herewith ENTER this **"Civil Lawsuit"** Action (in

6 preliminary capacity only) > in the initially requested amount of: **Seventy-Five Million**

7 **Dollars** ($75,000,000.00); ver. to wit.

8 ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

9 ### DEMAND FOR "TRIAL BY JURY"

10     Pursuant to the egregious wrongs that have been committed there against the

11 named Plaintiff(s)... and their known "rights" under the Constitution of the United

12 States, and all applicable Federal and State Laws > said Plaintiffs respectfully **Demand**

13 that this case matter be heard, and decided by a Jury of their peers... **here** > in an

14 unbiased, and impartial venue; summarily, to wit.

15 ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

16 ### MOTION(S) FOR EMERGENCY INJUNCTIVE RELIEF:

17     The named Plaintiff(s) Bruce Stier-Herwick and his wife Ingrid Stier-Herwick

18 herein **MOVE** this United States District Court, to:

19 **(1)**

20     Immediately **issue** an "Extraordinay Writ" > temporarily staying all processes

21 in Case No. CR95-01819... now before the Superior Court of Maricopa County AZ;

22 AND, the subsequent processes in Case No. 02-68 - now before the Circuit Court of

23 / / /

---

1  Yankton County S.D. > Thereby preventing said requested Extradition process... until

2  such time, the "gross" violations of Legal, Civil and Constitutional Rights now occurring

3  in said case - can be "legally" reversed; AND, competent, ethical legal counsel provided

4  for the named Plaintiff Bruce Robert Stier-Herwick.

5  **(2)**

6  Immediately **issue** "Orders of Protection" (for No Contact / Non-Harassment) on

7  behalf of <u>both</u> named Plaintiff(s)... there against <u>each</u> of the Respondents named in this

8  action - to prevent any further wrongs being committed there against said Plaintiff(s).

9  **(3)**

10  Immediately **issue** an "Extraordinary Writ" authorizing the **release** of Bruce Robert

11  Stier-Hewrick > on his "own recognizance", **or** thereon "unsecured" bond - pursuant to

12  US Code Title 18 Sec. 3142 - so that the named Plaintiff(s) can reasonably proceed, to

13  process this said matter for Trial - without further interference; resp. to wit.

14  AND,  **(4)**

15  Immediate **issue** the attached **Subpoenas,** for the production of: pertinent case

16  records, Grand Jury transcripts and minutes, medical records, et al accordingly.

17

18  Signed and dated, hereon this <u>4th</u> day of <u>April</u> 2002.

19

20  *Bruce Robert Stier Herwick*
    Bruce Robert Stier-Herwick, Plaintiff

21

22  *Ingrid Stier-Herwick*
    Ingrid Stier-Herwick, Plaintiff

23

---

**CERTIFICATE OF SERVICE**

I, Ingrid Stier-Herwic, herewith certify that I have served the following documents: **CIVIL LAWSUIT > [MULTIPLE PARTY(S)]; DEMAND FOR "TRIAL BY JURY"; and, MOTION(S) FOR EMERGENCY INJUNCTIVE RELIEF; and, MOTION FOR LEAVE TO PROCEED "IN FORMA PAUPERIS", WITH ATTACHED AFFIDAVIT OF SUPPORT AND EXHIBITS >** thereon the Office of the Clerk for the United States District Court for the Southern District of South Dakota, located therein Room 128, at: Federal Building and U.S. Courthouse, Sioux Falls, South Dakota 57104-6851; service completed... via person hand delivery.

Signed and dated, hereon this _8th_ day of _April_ 2002.

_Ingrid Stier-Herwick_
Ingrid Stier-Herwick